FILED at 11:27 AM
3/14, 2018
F. Rushing
Courtroom Deputy
U.S. District Court
Middle District of Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 5:17-CR-29 (LJA) |
| RAYMOND F. WILLIAMS | : |

## CHANGE OF PLEA

I, RAYMOND F. WILLIAMS, having been advised of my Constitutional rights, and having had the charges herein stated to me, hereby withdraw my plea of not guilty to the Indictment previously entered on the 13th day of July, 2017, in the above-stated case, and now plead GUILTY to Count One of the Indictment in said case, my plea being made in open Court, this 14th day of March, 2018.

Pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report, I do hereby plead GUILTY to Count One of the Indictment this 14th day of March, 2018.

_____
RAYMOND F. WILLIAMS
DEFENDANT

WITNESSES:

_____
JEROME J. FROELICH
ATTORNEY FOR DEFENDANT

_____
PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY