IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5:17-CR-29-001(LAG) |
| Raymond F. Williams | |

**ORDER ON MOTION TO MODIFY TERMS OF FINE REPAYMENT**

On January 8, 2019, the petitioner was sentenced to sixty (60) months imprisonment, followed by a three-year term of supervised release, after pleading guilty to Conspiracy to Bribe a Public Official, in violation of 18 U.S.C. §§ 371 and 2. Restitution was imposed in the amount of $870,000, and an individual fine in the amount of $250,000, and fines for both of his companies in the amount of $1,500,000, were assessed – for total financial obligations due of $4,100,000. The Court ordered the petitioner make monthly payments at a monthly rate of fifty percent (50%), or $50,000 – whichever was greater, of gross proceeds from funds received from a promissory note assigned to the government.

On November 4, 2020, the petitioner filed a Motion to Modify Terms of Fine Repayment (Doc. 162) seeking a reduction in his monthly repayment obligation towards his restitution and fine from fifty percent (50%) to thirty percent (30%) of gross proceeds of the promissory note funds. In addition to restating the argument(s) previously made at sentencing, in prior motion(s) for reconsideration, and in the appeal of his sentence, the petitioner asserted revenue had decreased due to the COVID-19 global pandemic, decreasing the amount received monthly from the promissory note. No supporting documentation was provided.

On January 14, 2022, the petitioner was released from confinement and commenced supervised release. As such, he may request his ability to pay be reassessed by the United States Probation Office, in accordance with the Court's instructions at sentencing and the directives of the Administrative Office of the United States Courts. Accordingly, the petitioner's motion is moot and is therefore **DENIED**.

SO ORDERED, this 9th day of March 2022.

Leslie Abrams Gardner
United States District Judge