IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RAYMOND F. WILLIAMS, et al., | * |
| Petitioners, | * |
| v. | Case No. 5:17-cr-00029-LAG-CHW |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 12th day of April, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk